1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  SHEILA A.G. ARMBRUST (CABN 265998)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6961
7      FAX: (415) 436-7234
       sheila.armbrust@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> EMMANUEL GONZALEZ SANCHEZ, AND LUIS RAMON ZAMORA ANGULO, <br><br> Defendants. | No. CR 18-00278 WHA <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING MATTER AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date: August 14, 2018, to September 18, 2018 <br> Time: 2:00 p.m. |

The parties appeared before the Honorable William Alsup on August 14, 2018. Counsel for Emmanuel Gonzalez Sanchez and the government requested a next status hearing before the Court for September 18, 2018, in order to allow defense counsel to review discovery that already has been produced and to receive and to review additional discovery. Counsel for Luis Ramon Zamora Angulo and the government requested that the Court set a change of plea for September 18, 2018, and defense counsel requested additional time to review discovery that has been produced with her client. The parties all agreed that an exclusion of time would be appropriate for effective preparation of counsel.

The parties now stipulate to an exclusion of time from August 14, 2018, to September 18, 2018 for effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further

stipulate, and ask the Court to find, that the requested continuance and exclusion of time are in the interests of justice and outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED.

DATED: August 17, 2018            ALEX G. TSE
                                  United States Attorney

                                         /s/
                                  SHEILA A.G. ARMBRUST
                                  Assistant United States Attorney

DATED: August 17, 2018                   /s/ *with permission*
                                  ED SWANSON
                                  AUDREY BARRON
                                  Counsel for Emmanuel Gonzalez Sanchez

DATED: August 17, 2018                   /s/ *with permission*
                                  JESSICA WALSH
                                  Counsel for Luis Ramon Zamora Angulo

## [PROPOSED] ORDER

For the reasons stated, this matter is continued to September 18, 2018. The time between August 14, 2018, to and 18, 2018, is excluded from the running of the speedy trial clock for effective preparation of counsel under 18 U.S.C. § 3161(h)(7)(B)(iv). Failure to grant the continuance would deny the defendant's counsel the reasonable time necessary to prepare, taking into account the exercise of due diligence.

IT IS SO ORDERED.

DATED: _____   _____
                                  WILLIAM ALSUP
                                  United States District Judge